# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/29/2006  4:30 pm

SUE BEITIA CLERK

| | |
|---|---|
| CASE NUMBER: | CV01-00222KSC |
| CASE NAME: | John Carroll v. Cannondale Corporation |
| ATTYS FOR PLA: | John Carroll |
| ATTYS FOR DEFT: | Janice Futa |
| | Stanley Chow |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 6/29/2006 | TIME: | 9:00-9:10am |

COURT ACTION:  EP: Further Status Conference.  Discussion held.  Mr. Carroll informed the court that he will speak further with Mr. Guben to determine whether the bankruptcy stay can be lifted to pursue settlement discussions in this case.

Further Status Conference set 12/28/06 at 9:00am before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager