ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 1 2006

at 3 o'clock and 50 min P M
SUE BEITIA, CLERK

JOHN S. CARROLL #0649
345 Queen St., Suite 607
Honolulu, Hawaii  96813
Telephone:  (808) 526-9111
Facsimile:  (808) 545-3800

Plaintiff Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN S. CARROLL,<br><br>       Plaintiff,<br><br>vs.<br><br>CANNONDALE CORPORATION,<br><br>       Defendant.<br>CANNONDALE CORPORATION,<br><br>       Third-Party Plaintiff,<br><br>vs.<br><br>ISLAND TRIATHALON & BIKE,<br><br>       Third-Party Defendant. | Civil No. 01-00222 KSC<br>(Contract/Tort)<br><br>PLAINTIFF JOHN S. CARROLL'S<br>STATUS REPORT; EXHIBITS "A-C";<br>CERTIFICATE OF SERVICE |

### PLAINTIFF JOHN S. CARROLL'S STATUS REPORT

I, JOHN S. CARROLL, Plaintiff Pro Se hereby submits this Status Report pursuant to Honorable Judge Randall Lee's request.

## I.
## **STATEMENT OF FACTS**

On or about September 7, 2005, Attorney Richard Lee withdrew as Counsel and I substituted as Counsel Pro Se. (A true and correct copy of the Withdrawal of Counsel dated 9/7/05 is attached hereto as Exhibit "A").

On or about February 1, 2006, I attempted settling this matter by corresponding to Attorney James Berman, an attorney in Connecticut. (A true and correct copy of the 2/1/06 is attached hereto as Exhibit "B"). However, I did not receive any response.

On or about February 15, 2006, I sent a follow-up letter to Mr. Berman, but again received no response. (A true and correct copy of the 2/15/06 letter is attached hereto as Exhibit "C").

Since March 29, 2006, Attorney, Jerrold K. Gubin, has been working with me to lift the Stay process in the Connecticut Court where the bankruptcy process is on going. The effect of lifting the stay will allow me, possibly, to obtain the insurance funds, which may be available.

As of this date, the effort has not borne fruit. The Honorable Judge Kevin Chang, Federal District Magistrate Judge has suggested to Local Counsel and me that we try to settle this matter.

Defense attorneys here have indicated that they are not certain if Cannondale is still retaining them.

## II.
## CONCLUSION

I hope to settle this matter through the local counsel for Cannondale or the bankruptcy court in Connecticut where the bankruptcy was originally filed. I'm open to any suggestions.

DATED: Honolulu, Hawaii  1 Sept. 2006

JOHN S. CARROLL

Plaintiff Pro Se