LAW OFFICES OF RICHARD LEE
RICHARD LEE,        #1322
1750 Kalakaua Avenue, Suite 3160
Honolulu, Hawaii 96826
Telephone:    (808) 957-0000

**LODGED**

SEP 07 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorney for Plaintiff
JOHN S. CARROLL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN S. CARROLL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CANNONDALE CORPORATION,<br><br>　　　　　Defendant.<br><br>CANNONDALE CORPORATION,<br><br>　　　　Third Party Plaintiff,<br><br>　vs.<br><br>ISLAND TRIATHALON & BIKE,<br><br>　　　　Third-Party Defendant | CIVIL NO. 01-00222 KSC<br>(CONTRACT/TORT)<br><br>WITHDRAWAL AND<br>SUBSTITUTION OF<br>COUNSEL;CERTIFICATE OF<br>SERVICE |

### WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Comes now, Richard Lee, attorney for Plaintiff above-named, and hereby withdraws as counsel for Plaintiff and John S. Carroll, Esq. hereby substitutes as counsel for Plaintiff *pro se*.

DATED:     Honolulu, Hawaii     September 7, 2005

**EXHIBIT A**

1

_____   _____
Richard Lee                 John S. Carroll
Withdrawing Counsel         Plaintiff *Pro Se*


APPROVED AND ALLOWED:


_____
KEVIN S. CHANG
UNITED STATES MAGISTRATE JUDGE

CIVIL NO. 01-00222 KSC. JOHN CARROL vs. CANNONDALE CORPORATION, ET. AL.; WITHDRAWAL AND SUBSTITUTION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOHN S. CARROLL, | ) CIVIL NO. 01-00222 KSC |
| | ) (CONTRACT/TORT) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| CANNONDALE CORPORATION | ) |
| Defendant. | ) |
| | |
| CANNONDALE CORPORATION, | ) |
| Third Party Plaintiff, | ) |
| vs. | ) |
| ISLAND TRIATHALON & BIKE, | ) |
| Third-Party Defendant | ) |

## CERTIFICATE OF SERVICE

TO:    Janice Futa, Esq.
HISAKA STONE GOTO YOSHIDA COSGROVE & CHING
Pacific Guardian Center: Mauka Tower, Suite 3000
737 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant/ Third Party Plaintiff
CANNONDALE CORPORATION

Stanley M. Chow, Esq
CHAR HAMILTON CAMPBELL & THOM
Suite 2100 Pacific Guardian Tower
737 Bishop Street, Mauka Tower
Honolulu, Hawaii 96813

Attorneys for Third Party Defendant
ISLAND TRIATHLON & BIKE

3

I certify that a copy of the foregoing document was served by mailing and faxing a copy of same to the person (s) at the address named above on the date ~~of filing hereof~~ below.

DATED:   Honolulu, Hawaii, September 7, 2005.

_____
RICHARD LEE
Attorney for Plaintiff
JOHN S. CARROLL