# JOHN S. CARROLL
## ATTORNEY-AT-LAW

**Honolulu Office**
345 Queen Street, Suite 607
Honolulu, HI 96813
Phone: 808-526-9111
Fax: 808-545-3800

**Ahualoa Office**
345 Queen Street, Suite 607
Honolulu, HI 96813
Phone: 808-526-9111
Fax: 808-545-3800

email: johnscarro001@hawaii.rr.com

February 1, 2006

Mr. James Berman, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605

RE:   John S. Carroll v. Cannondale Corporation, et al.;
      Civil No. 02-1-1161-05 (RWP)

Dear Mr. Berman:

This is in written on my own behalf. I am one of the Plaintiffs in the above-entitled case. I am listed as one of the potential creditors on Exhibit B, Date of Loss 12/23/00. I am representing myself in this matter and would like to settle it with the Insurance Company. I don't want to file a Motion for a Stay from the Bankruptcy proceeding.

I have made a telephone call to you several months ago and you indicated you would return my call but that has not happened as of this date.

Thank you for you consideration in this matter.

Very truly yours,

John S. Carroll, Esq.

JSC:rw

**EXHIBIT** B