# JOHN S. CARROLL
## ATTORNEY-AT-LAW

**Honolulu Office**
345 Queen Street, Suite 607
Honolulu, HI 96813
Phone: 808-526-9111
Fax: 808-545-3800

**Ahualoa Office**
345 Queen Street, Suite 607
Honolulu, HI. 96813
Phone: 808-526-9111
Fax: 808-545-3800

*email: johnscarro001@hawaii.rr.com*

February 15, 2006

Mr. James Berman, Esq.
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605

RE:    John S. Carroll v. Cannondale Corporation, et al.;
       Civil No. 02-1-1161-05 (RWP)

Dear Mr. Berman:

This is a follow-up to my previous letter to you dated January 31, 2006. For your information, I will be out of the State from February 15, 2006 to March 1, 2006.

I am still very much interested in settling the above-entitled case. Please forward your response by March 5, 2006 to my office. If I do not receive a response by then I will be filing a Motion to Seek Relief through Bankruptcy Court. It is my understanding that there are funds available through the Insurance Carrier, which can be accessed in this type of case.

Thank you for your attention and cooperation in this matter.

Very truly yours,

John S. Carroll, Esq.

JSC:rw

**EXHIBIT** ___