IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN S. CARROLL, | ) | Civil No. 01-00222 KSC |
| | ) | (Contract/Tort) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| CANNONDALE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| CANNONDALE CORPORATION, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ISLAND TRIATHALON & BIKE, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was duly served by Certified Mail, Return Receipt Requested and via U. S. Mail, postage prepaid, to the party identified below at his last known address on this date:

    Jan T. Futa, Esq.
    Hisaka, Yoshida, Cosgrove & Ching
    Pacific Guardian Center, Mauka Tower
    737 Bishop Street, Suite 3000
    Honolulu, Hawaii 96813

    Attorney for Defendant
    CANNONDALE CORPORATION

Stanley M. Chow, Esq.
John S. Mukai, Esq.
Char Hamilton Campbell & Thom
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2100
Honolulu, Hawaii  96813

Attorney for Defendant,
ISLAND TRIATHLON & BIKE, INC.

DATED:  Honolulu, Hawaii, 1 Sept. 06          .

_____
JOHN S. CARROLL

Plaintiff Pro Se