# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/28/2006  4:30 pm

SUE BEITIA CLERK

CASE NUMBER:     CV01-00222KSC

CASE NAME:       John Carroll v. Cannondale Corporation

ATTYS FOR PLA:   John Carroll

ATTYS FOR DEFT:  David Suh
                 Stanley Chow

INTERPRETER:

| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
|---|---|---|---|
| DATE: | 12/28/2006 | TIME: | 9:00-9:10am |

COURT ACTION:  EP: Further Status Conference.  Jerrold Guben also present.  Mr. Guben reported that he is working with attorney Dean Baker from New Haven, Connecticut.  The plan has been confirmed.  Mr. Guben to report back to the court as to the insurance coverage at the Further Status Conference set 1/30/07 at 9:00am, Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager