# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/30/2007  4:30 pm

SUE BEITIA CLERK

CASE NUMBER:    CV01-00222KSC

CASE NAME:    John Carroll v. Cannondale Corporation

ATTYS FOR PLA:    John Carroll

ATTYS FOR DEFT:    David Suh
Stanley Chow

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 1/30/2007 | TIME: | 9:15-9:20am |

COURT ACTION:  EP: Further Status Conference.  Jerrold Guben also present.  Mr. Guben reported that a Stipulation will be submitted regarding lifting of the stay to allow this action to proceed forward.

Submitted by: Shari Afuso, Courtroom Manager