# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/23/2007  4:30 pm

SUE BEITIA CLERK

CASE NUMBER: CV01-00222KSC

CASE NAME: John Carroll v. Cannondale Corporation

ATTYS FOR PLA: John Carroll, by phone

ATTYS FOR DEFT: Janice Futa, by phone
Stanley Chow, by phone

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 3/23/2007 | TIME: | 9:10-9:20am |

COURT ACTION:  EP:  Status Conference.  Jerrold Guben also present by phone. Court received Mr. Guben's correspondence and Mr. Guben will prepare a Stipulation to Remand for counsel's review.

Submitted by: Shari Afuso, Courtroom Manager