Of Counsel:
HISAKA YOSHIDA & COSGROVE

JANICE T. FUTA        1765-0
Pacific Guardian Center
Mauka Tower - Suite 3000
737 Bishop Street
Honolulu, Hawai'i  96813
Telephone No.:  523-0451
Facsimile No.: 524-0422

Attorneys for Defendant/Third-Party Plaintiff
CANNONDALE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JOHN S. CARROLL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CANNONDALE CORPORATION,<br><br>　　　　Defendant.<br>_____<br><br>CANNONDALE CORPORATION,<br><br>　　　　Third-Party Plaintiff, | Civil No. 01-00222 KSC<br>(Tort/Contract)<br><br>**STIPULATION** FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND ALL PARTIES and ORDER<br><br><br><br><br>Last Trial Date Set: 10/25/02<br>Trial Judge: Hon. Kevin S.C. Chang<br><br>SCF Judge: The Hon. Kevin S.C. Chang, US Magistrate Judge |

vs.                              )
                                 )
ISLAND TRIATHALON & BIKE,        )
INC.                             )
                                 )
                                 )
        Third-Party              )
        Defendant.               )
_____)


STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between the parties herein, through their undersigned counsel, that pursuant to Rules 41(a)(1)(B) and 41(c) of the *Federal Rules of Civil Procedures* this action be dismissed with prejudice.  Each party shall bear his or its own attorney's fees and costs.  There are no other remaining claims and/or issues.

All appearing parties have signed this stipulation.

No current trial date has been set.

DATED: Honolulu, Hawai`i, June 1, 2007.

---

  /s/Janice T. Futa
JANICE T. FUTA
Attorney for Defendant


  /s/Stanley M. Chow
STANLEY M. CHOW
Attorney for Third-Party
Plaintiff ISLAND TRIATHALON
& BIKE, INC.


  /s/John S. Carroll
JOHN S. CARROLL
Attorney for Plaintiff
JOHN S. CARROLL


APPROVED & SO ORDERED:

 

Kevin S.C. Chang
United States Magistrate Judge

---

*Carroll v. Cannondale, et al.;* Civil No. 01-00222 KSC, U.S. District Court, District of Hawai`i; **STIPULATION DISMISSAL OF ALL CLAIMS AND ALL PARTIES**         3